JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING KIJAFA BLANCHE,<br><br>Petitioner,<br><br>v.<br><br>MR. D. BAUGHMAN, Warden,<br><br>Respondent. | Case No.  CV 16-07392-CAS (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: October 17, 2016

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE